UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JACOB BENETEAU,

        Plaintiff,

v.

JOHN DAVIS et al.,

        Defendants.

_____/

Case No. 1:23-cv-1114

Honorable Jane M. Beckering

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: January 11, 2024

/s/ Jane M. Beckering
Jane M. Beckering
United States District Judge